UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAULA J. KARAS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 17-cv-11101 |
| | * |
| | * |
| MEDWAY POLICE DEPARTMENT, | * |
| | * |
| Defendant. | * |

ORDER

June 21, 2017

TALWANI, D.J.

On June 14, 2017, Defendant Medway Police Department filed in this court a <u>Notice of Removal of Action from State Court</u> [#1]; a civil cover sheet identifying Plaintiff Paula J. Karas's county of residence as Worcester, and a category sheet stating that the majority of the plaintiffs reside in the Eastern Division. Civil Cover Sheet [#1-2]. Because Worcester County is in the Central Division, the case should have been assigned to the Central Division. L.R. 40.1(C), (D)(1)(b). Accordingly, the court finds good cause to transfer this case from the Eastern Division to the Central Division of the United States District Court for the District of Massachusetts, and directs the clerk to transfer the action accordingly. <u>See</u> L.R. 40.1(F).

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge